# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-2588

———————

Bouid Lee,                                    *
                                              *
        Appellant,                            *
                                              *   Appeal from the United States
    v.                                        *   District Court for the District
                                              *   of Minnesota.
Minneapolis Public Schools, Special           *
School District #1; Dr. John Googins;         *       [UNPUBLISHED]
T. Factor; Kim Houle,                         *
                                              *
        Appellees.                            *

———————

Submitted: December 27, 2004
    Filed: January 4, 2005

———————

Before MURPHY, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.

Bouid Lee appeals the district court's[*] dismissal of Lee's civil complaint. Having carefully reviewed the record, we conclude Lee's complaint was properly dismissed as res judicata-barred for the reasons stated by the district court. Thus, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

———————

[*]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.